**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**JACKSON DIVISION**

**ALBERT BROWN**                                                          **PLAINTIFF**

**V.**                                                    **CAUSE NO. 3:11-cv-00146-CWR-FKB**

**MISSISSIPPI DEPARTMENT OF HEALTH**                              **DEFENDANT**

**<u>FINAL JUDGMENT</u>**

In accordance with the Jury's June 14, 2012, Verdict in favor of plaintiff Albert Brown, Docket No. 37, and the Court's October 30, 2012, Order on Post-Trial Motions, Docket No. 53, judgment is hereby entered in favor of the plaintiff and against the defendant as follows:

(1)    The plaintiff is awarded $75,000 in back pay.  Interest shall run on this amount at an annual rate of 0.19% from June 14, 2012, until the judgment is satisfied.

(2)    The plaintiff is awarded $210,000 in compensatory damages for emotional pain and mental anguish.  Interest shall run on this amount at an annual rate of 0.19% from June 14, 2012, until the judgment is satisfied.

(3)    The plaintiff is awarded $100,000 in front pay.  Interest shall run on this amount at an annual rate of 0.18% from October 30, 2012, until the judgment is satisfied.

(4)    The plaintiff is awarded costs of court and reasonable attorney's fees in an amount to be determined.

**SO ORDERED**, this the 30th day of October, 2012.

s/ Carlton W. Reeves
UNITED STATES DISTRICT JUDGE