# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# JACKSON DIVISION

**ALBERT BROWN**                                                                                  **PLAINTIFF**

**v.**                                                        **CAUSE NO. 3:11-CV-146-CWR-FKB**

**MISSISSIPPI DEPARTMENT OF HEALTH**                                  **DEFENDANT**

## AMENDED FINAL JUDGMENT

In accordance with the Jury's June 14, 2012, Verdict in favor of plaintiff Albert Brown [Docket No. 37]; the Court's October 31, 2012, Amended Order on Post-Trial Motions [Docket No. 55]; and the Court's March 5, 2013, Order granting reasonable attorney's fees [Docket No. 66]; judgment is hereby entered in favor of the plaintiff and against the defendant as follows:

(1) The plaintiff is awarded $75,000 in back pay. Interest shall run on this amount at an annual rate of 0.19% from June 14, 2012, until the judgment is satisfied.

(2) The plaintiff is awarded $210,000 in compensatory damages for emotional pain and mental anguish. Interest shall run on this amount at an annual rate of 0.19% from June 14, 2012, until the judgment is satisfied.

(3) The plaintiff is awarded $100,000 in front pay. Interest shall run on this amount at an annual rate of 0.18% from October 31, 2012, until the judgment is satisfied.

(4) The plaintiff is awarded $55,079.75 in reasonable attorney's fees. Interest shall run on this amount at an annual rate of 0.16% from March 5, 2013, until the judgment is satisfied.

**SO ORDERED**, this the 5th day of March, 2013.

                                                         s/ Carlton W. Reeves
                                                         UNITED STATES DISTRICT JUDGE